UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| TREBCO SPECIALTY PRODUCTS INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 1:22-cv-00655-ER |
| v. | ) ) ) | |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PRELIMINARY INJUNCTION ORDER**

**THIS MATTER** comes before the Court on Plaintiff TREBCO SPECIALITY PRODUCTS INC.'s application, brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants identified on Schedule A to the Preliminary Injunction Order (collectively, the "Defendants") and using at least the domain names identified in the Schedule A to the Preliminary Injunction Order (the "Defendant Domain Names") and the online marketplace accounts identified in the Schedule A to the Preliminary Injunction Order (the "Online Marketplace Accounts"); and

**THE COURT** having reviewed the papers in support of and in opposition to the Application (if any); and the Court having found that Plaintiff meets the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including New York, by offering to sell and accepting orders to ship products into this Judicial

District. Specifically, Defendants do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase and have shipped to New York products bearing counterfeit versions of the WUBBANUB products incorporating Plaintiff's copyrights, specifically Plaintiff's U.S. Copyright Office Registration Nos. VA0002161098, VA0002161101, VA0002161102, VA0002161097, VA0002162075, VA0002161100, VA0002161099, and VA0002161092 (the "WUBBANUB Copyrights" or "WUBBANUB Copyright Registrations"); and

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted including for example

1. Through the Declarations of Michael Yellin and Carla Schneider and accompanying evidence, Plaintiff has proved a prima face case of copyright infringement because Defendants have copied Plaintiff's copyrights for the WUBBANUB products without Plaintiff's consent; and

2. Defendants' continued and unauthorized use of the WUBBANUB Copyrights irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales.

3. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law; and

4. The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions; and

**THIS COURT** having determined, therefore, that injunctive relief previously granted in the Temporary Restraining Order ("**TRO**") on January 26, 2022 [Dkt. No. 15] should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under the Federal Rule of Civil Procedure 65;

**NOW THEREFORE**, on this ___22nd___ day of February, 2022, this Court ORDERS that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. Using Plaintiff's WUBBANUB Copyrights, or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine WUBBANUB product or not authorized by Plaintiff to be sold in connection with Plaintiff's WUBBANUB Copyrights;

    b. Passing off, inducing, or enabling others to sell or pass off any product as a genuine WUBBANUB product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff's WUBBANUB Copyrights;

    c. Committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. Further infringing the Plaintiff's WUBBANUB Copyrights and damaging Plaintiff's goodwill;

    e.  Otherwise competing unfairly with Plaintiff in any manner;

    f.  Shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's WUBBANUB Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof;

    g.  Using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts, the Defendant Domain Names, or any other domain name or online marketplace account that is being used to sell or is the means by which Defendants could continue to sell counterfeit WUBBANUB products; and

    h.  Operating and/or hosting websites at the Defendant Domain Names and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's WUBBANUB Copyrights or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine WUBBANUB product or not authorized by Plaintiff to be sold in connection with the Plaintiff's WUBBANUB Copyrights.

  2.  Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate (c) their financial accounts, including all Amazon, PayPal, Payoneer, LianLian, AllPay, Ping Pong, Coinbase, Union Mobile, Lakala Payments, OFX, PayEco, Sellers Funding, Currenxie, Stripe, Chime, and eBay accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through h, above.

3. The domain name registries for the Defendant Domain Names, including, but not Limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order or prior to expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

4. Those in privity with Defendants and with actual notice of this Order, including any online marketplaces such as Amazon, Wish, DHGate, AliExpress, and eBay, social media platforms such as Facebook, YouTube, LinkedIn, and Twitter, Internet search engines such as Google, Bing, and Yahoo, web hosts for the Defendant Domain Names, and domain name registrars, shall within three (3) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defendants engage in the sale of counterfeit and infringing goods using the WUBBANUB Copyrights, including any accounts associated with the Defendants listed on the Schedule A to the Preliminary Injunction Order;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the WUBBANUB Copyrights; and

    c. take all steps necessary to prevent links to the Defendant Domain Names identified on the Schedule A to the Preliminary Injunction Order from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the

Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as Amazon, Wish, DHGate, AliExpress, eBay, Facebook, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including Amazon, PayPal, Payoneer, LianLian, AllPay, Ping Pong, Coinbase, Union Mobile, Lakala Payments, OFX, PayEco, Sellers Funding, Currenxie, Stripe, Chime, and eBay, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

      a.    The identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information;

      b.    The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

      c.    Defendants' websites and/or any Online Marketplace Accounts;

      d.    The Defendant Domain Names or any domain name registered by Defendants; and

      e.    Any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or

participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, PayPal, Payoneer, LianLian, AllPay, Ping Pong, Coinbase, Union Mobile, Lakala Payments, OFX, PayEco, Sellers Funding, Currenxie, Stripe, Chime, and eBay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

6. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. Western Union shall, within five (5) business days of receipt of this Order, block any Western Union money transfers and funds from being received by the Defendants identified in Schedule A to the Preliminary Injunction Order until further ordered by this Court.

8. Amazon, Wish, DHGate, AliExpress, and eBay, shall within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

    a. Locate all accounts and funds connected to and related to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any Amazon, PayPal, Payoneer, LianLian, AllPay, Ping Pong, Coinbase, Union Mobile, Lakala Payments, OFX, PayEco, Sellers Funding, Currenxie, Stripe, Chime, and eBay accounts connected to and related to the information listed in Schedule A to the Preliminary Injunction Order; and

    b. Restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9. Any banks, savings and loan associations, payment processors, or other financial institutions, for any Defendant or any of Defendants' Online Marketplace Accounts or websites, shall within five (5) business days of receipt of this Order:

    a. Locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any accounts connected to the information listed in the Schedule A to the Preliminary Injunction Order; and

    b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

10. Plaintiff may provide notice of these proceedings to Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website or by sending an e-mail to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

11. Plaintiff's Schedule A to the Complaint, Exhibit 2 to the Declaration of Carla Schneider and the TRO shall become unsealed.

12. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

13. The five thousand dollars ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: February 22, 2022

_____
Honorable Edgardo Ramos

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREBCO SPECIALTY PRODUCTS INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, <br><br> Defendants. | Case No.: 1:22-cv-00655-ER |

### SCHEDULE A TO THE PRELIMINARY INJUNCTION ORDER

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 1. | Balala Princess Store | https://www.aliexpress.com/store/1158855 |
| 2. | China Toy Store | https://www.aliexpress.com/store/910748071 |
| 3. | Disway Store | https://www.aliexpress.com/store/912685156 |
| 4. | Little Baby House Store | https://www.aliexpress.com/store/2399036 |
| 5. | My Little Byby | https://www.aliexpress.com/store/5426125 |
| 6. | Shop911240103 Store | https://www.aliexpress.com/store/911240103 |
| ■ | ■ | ■ |
| 8. | COU Store CA | https://www.amazon.ca/s?me=AOQT5B5B91MKJ |
| 9. | dfgdfsghhhh | https://www.amazon.com/sp?seller=A1EKK6H2TQQ4M4 |
| ■ | ■ | ■ |
| 11. | EASYMOM | https://www.amazon.ca/s?me=A34CG1JIHW68KM |
| 12. | Fujian Yongchun Tuoluzhe Trading Co., Ltd. | https://www.amazon.com/sp?seller=A2LUSG9WSMCEE1 |
| 13. | Guanxingg | https://www.amazon.com/s?me=AQ455HIP5WIDS |
| 14. | HappGrand | https://www.amazon.com/s?me=A3HYFD8428GMXN |

- 1 -

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 15. | HAPPSAN Happsan/ shenzhenshishangxijiajuyouxiangongsi | https://www.amazon.com/s?me=A1MBGUBAZVKHJ7 |
| 16. | ITFABS | https://www.amazon.ca/s?me=A24DB13ZOYCXIL |
| 17. | lOOkME-H | https://www.amazon.com/sp?seller=a2v6mmnx72cih5 |
| 18. | RTYUBV | https://www.amazon.com/sp?seller=A1O1WDH1DTX4LB |
| 19. | Tian He Qu Shang Yuan Gang Dong Tou Gang Yi Xiang | https://www.amazon.com/sp?seller=A9Y9XKNRBWGJ4 |
| 20. | TiyaC | https://www.amazon.com/s?me=ATXNPMMC90XVI |
| 21. | Xisper US | https://www.amazon.com/sp?seller=AL0956VFKGM4B |
| 22. | Yuye-xthriv / SHEN ZHEN SHI YU YE MAO YI KE JI YOU XIAN GONG SI | https://www.amazon.com/s?me=A2WT0TMMYNCC7 |
| 23. | Y-YUNLONG | https://www.amazon.com/sp?seller=awjvvviowxyyu |
| 24. | 2015blitz | https://www.ebay.com/usr/2015blitz |
| 25. | abuahmad89 | https://www.ebay.com/usr/abuahmad89 |
| ■ | ■ | ■ |
| 27. | bestservicephone8819 | https://www.ebay.com/usr/bestservicephone8819 |
| 28. | betterlalaphone919 | https://www.ebay.com/usr/betterlalaphone919 |
| 29. | deah05 | https://www.ebay.com/usr/deah05 |
| 30. | eazipro | https://www.ebay.com/usr/eazipro |
| 31. | home*essentials*uk | https://www.ebay.com/usr/home*essentials*uk |
| 32. | Jbna-95 | https://www.ebay.com/usr/jnba-95 |
| 33. | joygoing | https://www.ebay.com/usr/joygoing |
| 34. | kurakura52 | https://www.ebay.com/usr/kurakura52 |
| 35. | London-unites | https://www.ebay.com/usr/london-unites |
| 36. | moredealphone99 | https://www.ebay.com/usr/moredealphone99 |
| 37. | motorcarshop | https://www.ebay.com/usr/motorcarshop |
| 38. | motorpartsvalue | https://www.ebay.com/usr/motorpartsvalue |
| 39. | pubsan0 | https://www.ebay.com/usr/pubsan0 |
| 40. | thegoodbdz | https://www.ebay.com/usr/thegoodbdz |
| 41. | thestylehome | https://www.ebay.com/usr/thestylehome |
| 42. | yanrzhen6 | https://www.ebay.com/usr/yanrzhen6 |
| 43. | All Toy | https://www.joom.com/en/stores/5d9e9bb58b4513030195876b |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 44. | Cute Toys | https://www.joom.com/en/stores/5e1965d328fc7103013ff1f9 |
| 45. | Dosma children store | https://www.joom.com/en/stores/1509595692131872152-107-3-709-3560419386 |
| 46. | Fairyland | https://www.joom.com/en/stores/5b46cd0d8b451303cc5c9bd3 |
| 47. | HappyToy | https://www.joom.com/en/stores/1492666559960361839-76-3-26193-2389248337 |
| 48. | JKBABY | https://www.joom.com/en/stores/60ee39ab6a5980d4a38258d8 |
| 49. | Perfect child | https://www.joom.com/en/stores/5ea103441436d4030141f2f6 |
| 50. | Toy Center | https://www.joom.com/en/stores/5dde47c236b54d030128b22b |
| 51. | 317YHLAN | https://www.wish.com/merchant/5dc8d2e8e2567168eeb1af58 |
| 52. | AndohDi | https://www.wish.com/merchant/5fadbf39b11d510052971098 |
| 53. | biaoxingtianxia | https://www.wish.com/merchant/5d5bfd957716f5166ebc6fb6 |
| 54. | Catshop.vicky | https://www.wish.com/merchant/5f73d18ade6a5337a8ce3c55 |
| 55. | corrie7ql8dgka0 | https://www.wish.com/merchant/5e8186aab6aaab193a0221f8 |
| 56. | DINGLILILI175 | https://www.wish.com/merchant/5d5e66779a57b322cbdecb48 |
| 57. | enzymopathy | https://www.wish.com/merchant/5f8df215db05349d2d59bb11 |
| 58. | Foster McGrath | https://www.wish.com/merchant/5ea3e3090e12d6004bc17f94 |
| 59. | gerik6pnejnj1 | https://www.wish.com/merchant/5e80a8a4e273cd57004b25a6 |
| 60. | JJL-jiang866 | https://www.wish.com/merchant/5e881051c77ae3d442b247c0 |
| 61. | KidsMart2 | https://www.wish.com/merchant/5fd922ff686bfaf6f49be926 |
| 62. | LILILI729 | https://www.wish.com/merchant/5d5907e31d86296d6442ede8 |
| 63. | lomentaceous | https://www.wish.com/merchant/5f8dc3093de3056a7dea8c29 |

| Doe No. | Defendant Seller | Defendant Online Marketplace |
|---|---|---|
| 64. | NewAppStores | https://www.wish.com/merchant/5fda950a379e7875f0d62041 |
| 65. | nicholsonite | https://www.wish.com/merchant/5f8e66b406860d4e0f488a0d |
| 66. | Ocean path | https://www.wish.com/merchant/616ecc7e5b6890b5b1b20a2c |
| 67. | petraguess | https://www.wish.com/merchant/5fdcb9b69cc1788baed9a750 |
| 68. | queensmall | https://www.wish.com/merchant/603bb635505797419b3f4618 |
| 69. | taglispigali | https://www.wish.com/merchant/5fce9d2890834c04e20200f7 |
| 70. | Tigritospolar | https://www.wish.com/merchant/5fdbe81af88f1c17dfa9ff6a |
| 71. | Vencas | https://www.wish.com/merchant/60da8e7e0ac4325fb50bfeca |
| 72. | XUE_xue | https://www.wish.com/merchant/5dce67235f391e3fc2e3ab6f |
| 73. | yal546623 | https://www.wish.com/merchant/5e5f7beba6757d251943049b |
| 74. | yonfshsua | https://www.wish.com/merchant/6079332affb8d31b00a0fdbc |
| 75. | Zenithdorri | https://www.wish.com/merchant/5fda09b6cb13b4f8dca7dc1c |
| 76. | zhuyanshangmao | https://www.wish.com/merchant/5e6746d129e786700f176d56 |
| 77. | zymolyte | https://www.wish.com/merchant/5f8dd00ceaac3569f0c84f3c |