UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREBCO SPECIALTY PRODUCTS, INC.  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.   )<br>  )<br>THE INDIVIDUALS, CORPORATIONS,  )<br>LIMITED LIABILITY COMPANIES,  )<br>PARTNERSHIPS, AND  )<br>UNINCORPORATED ASSOCIATIONS  )<br>IDENTIFIED ON SCHEDULE A HERETO,  )<br>  )<br>   Defendants.  )<br>  )<br>  ) | Case No.: 22-cv-00655 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>CERTAIN DEFENDANTS</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff TREBCO SPECIALTY PRODUCTS, INC. voluntarily dismisses the following Defendants listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 37. | motorcarshop | https://www.ebay.com/usr/motorcarshop |
| 38. | motorpartsvalue | https://www.ebay.com/usr/motorpartsvalue |
| 41. | thestylehome | https://www.ebay.com/usr/thestylehome |
| 47. | HappyToy | https://www.joom.com/en/stores/1492666559960361839-76-3-26193-2389248337 |

Dated: April 28, 2022            Respectfully submitted,

SO ORDERED:

_____

HON. EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
Date:  April 29, 2022
        New York, New York

By:  /s/ *Christopher Tom*
Christopher Tom
THOITS LAW
A Professional Corporation
400 Main Street, Suite 250
Los Altos, California 94022
(650) 327-4200
ctom@Thoits.com