UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TREBCO SPECIALTY PRODUCTS, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 22-cv-00655<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF
<u>CERTAIN DEFENDANTS</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i), Plaintiff TREBCO SPECIALTY PRODUCTS, INC. voluntarily dismisses the following Defendant listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 21. | Xisper US | https://www.amazon.com/sp?seller=AL0956VFKGM4B |

Dated: May 5, 2022                                                                 Respectfully submitted,

SO ORDERED:                                              By:     /s/ *Christopher Tom*
                                                                          Christopher Tom
_____                         THOITS LAW
HON. EDGARDO RAMOS                                       A Professional Corporation
UNITED STATES DISTRICT JUDGE                             400 Main Street, Suite 250
 Date:  May 6, 2022                                                 Los Altos, California 94022
            New York, New York                                    (650) 327-4200
                                                                          ctom@Thoits.com