UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TREBCO SPECIALTY PRODUCTS INC.,

               Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,

               Defendants.

**ORDER**

22 Civ. 655 (ER)

      On May 23, 2022, the Court ordered that the Defaulting Defendants show cause why default judgment and permanent injunction should not be entered against them at a hearing before the Court on June 24, 2022 at 10:00 a.m.  Doc. 54.  On June 17, 2022, the show cause hearing was rescheduled for 3:00 p.m. on June 24, 2022.  The show cause hearing is hereby rescheduled for July 15, 2022 at 10:00 a.m.  The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.

      Trebco Specialty Products Inc. is hereby directed to serve a copy of this order on the Defaulting Defendants, and to file a certificate of service attesting to the same.

      SO ORDERED.

Dated:   June 23, 2022
          New York, New York

                                                      Edgardo Ramos, U.S.D.J.